UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

MALKA F. GREENFELD, individually and on behalf of all others similarly situated,

                                  Plaintiff,

   -v.-

MIDLAND CREDIT MANAGEMENT, INC.
and JOHN DOES 1-25,

                                Defendant(s).

---------------------------------------------------------------------------x

Civil Action No:
1:20-cv-2079

## NOTICE OF SETTLEMENT

Please take notice that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for this case during said sixty (60) day period.

DATED, this 10th day of June, 2020

                                          */s/Raphael Deutsch*
                                          Raphael Deutsch
                                          **Stein Saks, PLLC**
                                          285 Passaic Street
                                          Hackensack, NJ 07601
                                          Ph: 201-282-6500
                                          rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 10, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Raphael Deutsch*
                                                  Raphael Deutsch, Esq.